The Honorable Edward F. Shea

Attorney for Plaintiffs:
Patricia K. Greenstreet
Chemnick Moen Greenstreet
155 NE 100th Street, Ste. 400
Seattle, WA  98125-8011
Telephone: (206) 443-8600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARIA ISABEL MARTINEZ and JAIME CUIN ESQUIVEL, husband and wife; and LEONEL MARCIAL, Guardian ad Litem for J.C.M., a Minor,

Plaintiffs,

vs.

OKANOGAN-DOUGLAS COUNTY PUBLIC HOSPITAL DISTRICT NO. 1, d/b/a Okanogan Douglas Hospital; and the UNITED STATES OF AMERICA,

Defendants.

Case No. CV-10-087-EFS

STIPULATED, AGREED ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, plaintiffs Maria Isabel Martinez, Jaime Cuin Esquivel, and Leonel Marcial, Guardian ad Litem for J.C.M., a Minor, and presents a Stipulated, Agreed Order of Voluntary Dismissal Without Prejudice to the Court.

This stipulation is brought to cure a potential procedural defect in the timing of the filing of the lawsuit that may threaten subject matter jurisdiction.

STIPULATED, AGREED ORDER OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - Page 1

PATRICIA K. GREENSTREET
Chemnick | Moen | Greenstreet
155 NE 100th Street, Ste. 400
Seattle, WA  98125-8011
Tel: 206.443.8600

Dismissal of the instant lawsuit is sought in order to timely refile and cure said defect.

This stipulation was discussed in conversation with Assistant U.S. Attorney Rolf Tangvald on August 4, 2010. Mr. Tangvald agreed with the decision and to stipulate to it. Mr. Tangvald reserves his right to argue other potential procedural issues as they may occur.

This stipulation was also discussed with attorney for defendant Okanogan Douglas Hospital, Mr. Jim King. Mr. King also agreed to stipulate to such an order.

RESPECTFULLY SUBMITTED this 4th day of August, 2010.

*Patricia K. Greenstreet*     *PKH per tele. authority 8-4-10*
Patricia K. Greenstreet     James B. King
Chemnick Moen Greenstreet     Evans, Craven & Lackie, P.S.
Attorneys for Plaintiffs     Attorney for the Okanogan Douglas Hospital

Agreed to telephonically, Notice of Presentment waived.
*PKH per tele. authority 8-4-10*
Rolf H. Tangvald
Assistant United States Attorney
Attorney for the Federal Defendants

STIPULATED, AGREED ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - Page 2

PATRICIA K. GREENSTREET
Chemnick | Moen | Greenstreet
155 NE 100th Street, Ste. 400
Seattle, WA 98125-8011
Tel: 206.443.8600

## ORDER

This Court having considered the Stipulated, Agreed Order of Voluntary Dismissal Without Prejudice, it is therefore,

ORDERED that all Defendants are dismissed without prejudice. This dismissal without prejudice against all defendants is effective immediately. This file shall be CLOSED.

SIGNED this 5th day of August, 2010.

s/ Edward F. Shea
_____
Judge Shea

PRESENTED BY:

*Patricia K. Greenstreet* (signature)
Patricia K. Greenstreet
WSBA # 14359
Chemnick Moen Greenstreet
155 NE 100th Street, Ste. 400
Seattle, WA 98125-8011
Telephone: (206) 443-8600
Attorney for Plaintiffs

STIPULATED, AGREED ORDER OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - Page 3

PATRICIA K. GREENSTREET
Chemnick | Moen | Greenstreet
155 NE 100th Street, Ste. 400
Seattle, WA 98125-8011
Tel: 206.443.8600